THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
CIVIL DIVISION

| | |
|---|---|
| WENDY TOWNER; et al.,<br><br>**Plaintiff,**<br><br>v.<br><br>CENTURY ARMS, INC., and ROMARM, S.A.,<br><br>**Defendants.** | C.A. No. 2:22-cv-145 |

## STIPULATED ORDER FOR MOTION TO DISMISS BRIEFING SCHEDULE

It is hereby stipulated and agreed by and between the attorneys for Plaintiffs, WENDY TOWNER, et al. ("Plaintiffs"), and the attorneys for Defendant, CENTURY ARMS, INC. ("Defendant"), that the time within which the parties may file briefing for Defendant's anticipated Motion to Dismiss is as follows:

- Deadline for Plaintiffs to file Opposition: June 3, 2024; and
- Deadline for Defendants to file Reply Brief: June 24, 2024.

| | |
|---|---|
| **POWERS & POWERS P.C.** | **LYNN, LYNN, BLACKMAN & MANITSKY, P.C.** |
| By: *s/ Adam L. Powers* | By: *s/ Andrew D. Manitsky* |
| ADAM L. POWERS, ESQ.<br>1205 Three Mile Bridge Rd<br>Middlebury VT 05753<br>adam@powerslawvt.com | ANDREW D. MANITSKY, ESQ.<br>76 St. Paul Street, Suite 400<br>Burlington, VT 05401<br>amanitsky@lynnlawvt.com |
| Attorneys for Plaintiffs | Attorneys for Defendant Century Arms, Inc. |
| Dated: May 20, 2024 | Dated: May 20, 2024 |

So Ordered.

DATED: May 21, 2024

/s/ William K. Sessions III
UNITED STATES DISTRICT JUDGE