THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT
CIVIL DIVISION

| | |
|---|---|
| WENDY TOWNER; et al., **Plaintiff,** v. CENTURY ARMS, INC., and ROMARM, S.A., **Defendants.** | C.A. No. 2:22-cv-145 |

### STIPULATED ORDER FOR REPLY TO MOTION TO DISMISS

It is hereby stipulated and agreed by and between the attorneys for Plaintiffs, WENDY TOWNER, et al. ("Plaintiffs"), and the attorneys for Defendant, CENTURY ARMS, INC. ("Defendant"), that the time within which Defendant may file its reply brief in further support of its Motion to Dismiss is extended from June 24, 2024 to July 1, 2024.

| | |
|---|---|
| **POWERS & POWERS P.C.** | **LYNN, LYNN, BLACKMAN & MANITSKY, P.C.** |
| By: *s/ Adam L. Powers* <br> ADAM L. POWERS, ESQ. <br> 1205 Three Mile Bridge Rd <br> Middlebury VT 05753 <br> adam@powerslawvt.com | By: *s/ Andrew D. Manitsky* <br> ANDREW D. MANITSKY, ESQ. <br> 76 St. Paul Street, Suite 400 <br> Burlington, VT 05401 <br> amanitsky@lynnlawvt.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Century Arms, Inc.* |
| Dated: June 24, 2024 | Dated: June 24, 2024 |

**So Ordered**.

/s/William K. Sessions III
Hon. William K. Sessions III
United States District Court Judge

Dated:  June 24, 2024