THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
VERMONT CIVIL DIVISION

| | |
|---|---|
| WENDY TOWNER; et al., <br><br>**Plaintiff,** <br><br> v. <br><br> CENTURY ARMS, INC., and ROMARM, S.A., <br><br> **Defendants.** | Case No. 2:22-cv-145 |

ORDER TO SHOW CAUSE
REGARDING SERVICE OF PROCESS

A review of the docket in this case reveals the following:

1. On July 28, 2022, Plaintiffs filed a civil complaint against Defendants Century Arms, Inc. and Romarm, S.A. in the above-captioned matter.

2. As of January 26, 2026, the Court has yet to receive proof of service as to Defendant Romarm, S.A. indicating that Defendant was served with a summons and a copy of the complaint.

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is hereby ordered to show cause, on or before February 10, 2026, why the claims against Romarm, S.A. should not be dismissed for lack of service of process. Failure to show cause would result in dismissal of the claims against Romarm, S.A. and the entry of a final judgment in the case.

Dated at Burlington, in the District of Vermont, this 26th day of January 2026.

/s/ William K. Sessions III
William K. Sessions III
United States District Judge