## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT
## CIVIL DIVISION

WENDY TOWNER; et al.,

**Plaintiff,**

v.

CENTURY ARMS, INC., and ROMARM, S.A.,

**Defendants.**

C.A. No. 2:22-cv-145

## PLAINTIFFS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS ALL REMAINING CLAIMS

Pursuant to Fed. R. Civ. Pro. 41(a)(2), "an action may be dismissed at the plaintiff's request . . . by court order, on terms that the court considers proper."

In light of this Court's grant of Defendants' Motion for Reconsideration on Defendant Century Arms, Inc.'s Motion to Dismiss in this matter (ECF No. 40, dated 9/29/2025), Plaintiffs respectfully ask this Court to enter an order pursuant to Fed. R. Civ. Pro. 41(a)(2) dismissing all remaining claims as against all Defendants with prejudice.

A proposed order granting this Motion is attached to this filing as Exhibit A.

Plaintiffs have conferred with Defendants' counsel and confirmed that the Defendants do not oppose this motion.

Dated: March 18, 2026

**BRADY**
s/ Robert M. Cross
Robert M. Cross (Pro Hac Vice)

840 First Street NE
Suite 400Washington, DC
20002 202-370-8111
rcross@bradyunited.org

**POWERS & POWERS P.C.**
*s/ Adam L Powers*
Adam L. Powers Esq.
1205 Three Mile Bridge Road
Middlebury, Vermont 05753
802-388-2211
adam@powerslawvt.com