# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT
# CIVIL DIVISION

|  |  |
|---|---|
| WENDY TOWNER; et al., **Plaintiff,** v. CENTURY ARMS, INC., and ROMARM, S.A., **Defendants.** | C.A. No. 2:22-cv-145 |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS ALL REMAINING CLAIMS

This Court hereby GRANTS Plaintiffs' Unopposed Motion to Voluntarily Dismiss all remaining claims in this case with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(2).

SO ORDERED.

Dated in Burlington, Vermont on this 19th day of March 2026.

/s/ William K. Sessions III

WILLIAM K. SESSIONS III
U.S. District Judge