# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| WENDY TOWNER, et al | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.   2:22-cv-145 |
| CENTURY ARMS, INC., ROMARM, S.A. | ) |
| | ) |
| *Defendant(s)* | ) |

## JUDGMENT IN A CIVIL ACTION

☐    **Jury Verdict.**

☑    **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Doc. 40) filed September 29, 2025, defendant Century Arms. Inc.'s Motion for Reconsideration (Doc. 31) was GRANTED and the claims against defendant Century Arms, Inc. were DISMISSED. Also, pursuant to the court's Order (Doc. 43) filed March 19, 2026, plaintiffs' Unopposed Motion to Voluntarily Dismiss All Remaining Claims (Doc. 42) is GRANTED and all remaining claims are DISMISSED with prejudice.

Date:    March 19, 2026

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   3/19/2026

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*